EX PARTE
HERMAN LEE KINDRED

CAUSE #13-5-9030-B

IN THE 24TH
District COURT OF

Jackson County, Tx.

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 30 2015
Abel Acosta, Clerk

TO: Ms. Louise PEARSON, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Tx. 78711

9/25/15

mailed: 9/28/15

RE: TRIAL COURT CAUSE # 13-5-9030-B
EX PARTE HERMAN LEE KINDRED
HAS it BEEN filed in your office.

Ms. Pearson:

It is my understanding that my application for a writ of habeas has <u>not</u> and has been filed in your office on August 14, 2015. I have only received comformation that it has <u>NOT</u> been filed in the cause # above. Also, this aforementioned application should indeed contain THREE Document Exhibits (1). Motion To Suppress (two) pages. (1) Docket sheet (ONE) page,.. (1) MOTION IN Limine (3) pages, and APPOX.(4) Affidavits. PLEASE inform Herman Lee Kindred